IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PATRICIA ANDERSON,

    Plaintiff,

v.   CASE NO. 1:06-cv-00092-MP-AK

EQUIFAX and CHASE MANHATTAN
MORTGAGE CORP., INC.,

    Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 14, a motion for extension of time to file a response to the motion to dismiss. In the motion, the plaintiff indicates that the parties are in settlement discussions and that neither defendant objects to the extension. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion for extension of time is granted, and plaintiff shall file a response to doc. 13 by Friday, August 18, 2006.

**DONE AND ORDERED** this __2nd__ day of August, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge