IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PATRICIA ANDERSON,

    Plaintiff,

v.                                          CASE NO. 1:06-cv-00092-MP-AK

CHASE MANHATTAN MORTGAGE CORPORATION,
EQUIFAX INFORMATION SERVICES LLC,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Consent Motion to Dismiss by Equifax Information Services. In the Motion, the parties indicate that settlement has been reached on all claims between Equifax and Ms. Anderson. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The claims and demands of Plaintiff, PATRICIA ANDERSON, against Defendant, EQUIFAX INFORMATION SERVICES LLC ("EQUIFAX"), are DISMISSED WITH PREJUDICE, with each party to bear its own costs.

**DONE AND ORDERED** this  *16th*   day of August, 2006

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge