IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PATRICIA ANDERSON,

    Plaintiff,

v.                                      CASE NO. 1:06-cv-00092-MP-AK

CHASE MANHATTAN MORTGAGE CORPORATION,
EQUIFAX INFORMATION SERVICES LLC,
    Defendant.

_____/

## **O R D E R**

Previously, pursuant to Doc. 18, Consent Motion to Dismiss by Equifax Information Services, the Court dismissed the claims of Plaintiff against Defendant, Equifax Information Services LLC, with prejudice, with each party to bear its own costs. See Doc. 19.  Now, Plaintiff has filed a Notice of Voluntary Dismissal with regard to the other defendant, CHASE MANHATTAN MORTGAGE CORPORATION.  (doc. 20).  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The claims and demands of Plaintiff, PATRICIA ANDERSON, against Defendant, CHASE MANHATTAN MORTGAGE CORPORATION, are DISMISSED WITH PREJUDICE, with each party to bear its own costs.  The Clerk is directed to close the file, but the Court will retain jurisdiction for 60 days to ensure that settlement is effected..

**DONE AND ORDERED** this  *13th*     day of September, 2006

                          *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge